UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANIL PATEL, in individual and representative capacity as trustee of the Patel Family Trust; PARVATI PATEL, in individual and representative capacity as trustee of the Patel Family Trust; and DOES 1-10,<br><br>    Defendants. | No. 2:17-cv-01319-MCE-EFB<br><br>ORDER |

Plaintiff's motion for entry of default judgment was submitted for decision without oral argument by the magistrate judge on August 22, 2019. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On February 4, 2020, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 4, 2020, are adopted in full.

2. Plaintiff's motion for default judgment (ECF No. 18) is granted.

3. Plaintiff is awarded statutory damages in the amount of $4,000.

4. Plaintiff is granted an injunction requiring defendants to provide an accessible parking space, access path, and guest room in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. Plaintiff is awarded attorneys' fees and costs in the amount of $3,360.

6. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: March 10, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE