# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANIL PATEL, in individual and representative capacity as trustee of the Patel Family Trust; PARVATI PATEL, in individual and representative capacity as trustee of the Patel Family Trust; and DOES 1-10,<br><br>　　　　　Defendants. | No. 2:17-cv-01319-MCE-EFB<br><br>ORDER TO SHOW CAUSE |

This matter was on calendar for a debtor's examination set for June 22, 2022, at 10:00 a.m. Attorney Tehniat Zaman appeared on behalf of the plaintiff. Although the debtor, Anil Patel, was provided notice of the examination by personal service, no appearance was made on behalf of the debtor. Further, neither the court nor counsel for the plaintiff has received any communication from the debtor requesting a continuance of the matter. In light of the debtor's failure to appear, it is hereby ordered that the debtor, Anil Patel, shall personally appear in courtroom number 8, 13th Floor, on June 28, 2022 at 11:00 a.m. and show cause why sanctions should not be imposed for his failure to appear for the examination. The failure to comply with this order may result in further sanctions, including contempt proceedings for violation of the court's order.

Dated: June 22, 2022.

　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE