1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   SCOTT JOHNSON,                          No.  2:17-cv-01319-MCE-EFB

11                  Plaintiff,

12          v.                               ORDER TO SHOW CAUSE

13   ANIL PATEL, in individual and
     representative capacity as trustee of the
14   Patel Family Trust; PARVATI PATEL, in
     individual and representative capacity as
15   trustee of the Patel Family Trust; and
     DOES 1-10,
16
                    Defendants.
17

18

19          Judgment debtor, Anil Patel, was ordered to appear and furnish information at a debtor's

20   examination set for June 22, 2022.  ECF Nos. 30, 34.[1]  The matter was duly called for hearing on

21   June 22 but Patel failed to appear or otherwise communicate with the court or plaintiff's counsel.

22   ECF No. 38.[2]  The court issued an order to show cause ("OSC") re sanctions which ordered Patel

23   to personally appear on June 28, 2022 to show cause why sanctions should not be imposed for

24   /////

25   _____

26          [1] The Clerk of the Court served ECF No. 30 on Patel by mail; plaintiff served ECF Nos.
     30 and 34 on Patel through personal service, *see* ECF No. 35.

27
            [2] The Clerk of the Court served the minutes of the June 22, 2022 judgment debtor exam
28   on Patel by mail.  ECF No. 39.

Patel's failure to comply with the court's order.  ECF No. 40.[3]  Again, and in violation of the OSC, Patel failed to appear or otherwise communicate with the court or plaintiff's counsel.[4]  ECF No. 41.[5]

At the June 28, 2022 hearing, the court granted monetary sanctions against Patel, both as a sanction for the failures to appear as well as to compensate plaintiff's counsel for the time wasted in attending both court proceedings.  The court must determine the amount of the sanctions and to that end orders that within seven days from the date of this order plaintiff's counsel, Ms. Zaman, shall submit time sheets and a declaration as to the amount of fees reasonably incurred for the time that was wasted.

Further, judgment debtor Anil Patel still has not complied with the court's order to appear and furnish information and has now ignored two court orders.  Therefore, it is hereby ordered that Anil Patel shall personally appear in courtroom number 8, 13th floor, on September 7, 2022 at 11:00 a.m., to show cause why this matter should not be referred, together with factual certifications to the district judge, for civil contempt proceedings for violation of the court's orders.  Patel is admonished that further violations of the court's orders, including failures to appear, may result in warrant for his arrest and incarceration.

The U.S. Marshals Service is directed to serve this order on judgment debtor Anil Patel at 453 Moffat Boulevard, Manteca, California, 95336, within 30 days from the date of this order and file proof of service with this court.

The Clerk of the Court is directed to forward to the United States Marshal a copy of this order.

So ordered.

Dated: June 30, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[3] The Clerk of the Court served the OSC on Patel by mail.  ECF No. 40.

[4] Attorney Tehniat Zaman appeared on behalf of plaintiff at both the June 22 and June 28 hearings.

[5] The Clerk of the Court served the minutes of the June 28, 2022 order to show cause hearing on Patel by mail.  ECF No. 41.