UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANIL PATEL, in individual and representative capacity as trustee of the Patel Family Trust; PARVATI PATEL, in individual and representative capacity as trustee of the Patel Family Trust; and DOES 1-10,<br><br>    Defendants. | No.  2:17-cv-01319-MCE-EFB<br><br>ORDER TO APPEAR, AND ORDER DIRECTING USM TO SERVE NOTICE OF CONTINUED HEARING DATE ON JUNE 30, 2022 ORDER TO SHOW CAUSE |

On August 30, 2022, the court issued a minute order continuing the hearing on the order to show cause set for September 7, 2022 to October 5, 2022 at 11:00 AM in Courtroom 8.  ECF No. 44.  To confirm, judgment debtor Anil Patel is ordered to personally appear in courtroom number 8, 13th floor, on October 5, 2022, at 11:00 a.m., to show cause why he should not be held in contempt for violations of this court's orders.

The U.S. Marshals Service is directed to serve this order on judgment debtor Anil Patel at 453 Moffat Boulevard, Manteca, California, 95336, within 30 days from the date of this order and file proof of service with this court.

/////

/////

1    The Clerk of the Court is directed to forward to the United States Marshal civil service
2 department a copy of this order.
3    So ordered.
4 Dated: August 30, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE